

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00339-CR

Lucio **HERNANDEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3904W
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant is represented in this appeal by Jackson Lindsey. The reporter's record in this appeal is overdue. The court reporter, Monica Crawford, has filed a notification of late record stating she has not filed the reporter's record because appellant's counsel has not requested the preparation of the reporter's record. We, therefore, ORDER Mr. Lindsey to ask the court reporter in writing, **on or before December 31, 2019**, to prepare the reporter's record in this appeal. *See* TEX. R. APP. P. 35.3(b)(2). Appellant's counsel is ORDERED to file a copy of the request with the clerk of this court **on or before December 31, 2019.** In the alternative, if appellant no longer desires to pursue this appeal, Mr. Lindsey must file a written notice advising the court that he will not be requesting the preparation of the reporter's record.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court